UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                    Plaintiff,

    v.

A&S CONSTRUCTION OF NY INC.,

                    Defendant.

**ORDER**

20 Civ. 1123 (ER)

RAMOS, D.J.

      On February 10, 2020, American Empire Surplus Lines Insurance Company brought this insurance action against A&S Construction of NY Inc.  Doc. 4.  Defendant was served on February 24, 2020 but has not appeared.  Doc. 9.  On August 6, 2020, the Clerk issued a certificate of default as to Defendant.  Doc. 11.  On August 27, 2020, Plaintiff moved for default judgment and attached a proposed default judgment order.  Docs. 13-15.  That day, the Court issued an order directing Defendant to show cause why default judgment should not be entered against him under Federal Rule of Civil Procedure 55(b)(2) and Local Rule 55.2(b).  Doc. 16.  Defendant was served with the Court's August 27 Order on September 1, 2020.  Doc. 17.  On October 9, 2020, the Court held an order to show cause hearing at which Plaintiff was present and Defendant failed to appear.  Upon review of Plaintiff's proposed default judgment order, the Court requires the interest and costs and disbursements amounts.

Accordingly, the Court directs Plaintiff to provide the Court with the interest and costs and disbursements amounts.

It is SO ORDERED.

Dated: October 9, 2020
      New York, New York

_____
Edgardo Ramos, U.S.D.J.